# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

JOSEPH ANTONIO WEAVER,         )
                                )
          Plaintiff,         )
                                )
         v.             )       No. 4:15CV607 RWS
                                )
KEEFE COMMISSARY NETWORK     )
SALES, et al.,                     )
                                )
         Defendants,     )

## MEMORANDUM AND ORDER

Plaintiff, a prisoner, moves for leave to proceed in forma pauperis in this civil action under 42 U.S.C. § 1983. Under 28 U.S.C. § 1915(b), plaintiff is required to submit a certified copy of his prison trust account statement for the six-month period before the filing of the complaint. He has not done so.

Accordingly,

**IT IS HEREBY ORDERED** that, within thirty (30) days from the date of this Order, plaintiff must submit a copy of his prison trust account statement for the six-month period before the filing of the complaint.

Dated this 15th day of April, 2015.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE